UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN LARSEN-HEISE,

    Plaintiff,                        Case No: 14-14711
                                          Hon. Gershwin A. Drain
                                          Magistrate Judge Whalen

 -vs-

TARGET CORPORATION,

    Defendant.
_____/

**STIPULATION AND ORDER FOR DISMISSAL OF CAUSE**

      NOW COME THE PARTIES, by and through their respective counsel, and hereby stipulate and agree that the above captioned cause shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party.

| Mike Morse Law Firm | Law Office of Mark D. Willmarth |
|---|---|
| /s/ Jennifer G. Damico | /s/ Mark D. Willmarth |
| By:_____ | By:_____ |
| JENNIFER G. DAMICO (P51403) | MARK D. WILLMARTH (P27967) |
| Mike Morse Law Firm | Law Office of Mark D. Willmarth |
| Attorneys for Plaintiff | Attorneys for Defendant Target |
| 24901 Northwestern Hwy., Ste. 700 | 503 S. Saginaw Street, Ste. 1000 |
| Southfield, MI  48075-1816 | Flint, MI  48502 |
| (248) 350-9050/fax: (855) 242-6662 | (810) 600-4239/Fax: (810) 232-1079 |
| jdamico@855mikewins.com | mwillmarthlaw@yahoo.com |
| jpittman@855mikewins.com | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN LARSEN-HEISE,

    Plaintiff,       Case No: 14-14711
    Hon. Gershwin A. Drain
    Magistrate Judge Whalen

-vs-

TARGET CORPORATION,

    Defendant.
_____/

**ORDER FOR DISMISSAL OF CAUSE**

THE COURT, upon the reading and filing of the foregoing stipulation of the parties and being advised in the premises;

NOW THEREFORE, IT IS SO ORDERED.

This is a final order and closes the case.

/s/Gershwin A Drain
U.S. DISTRICT COURT JUDGE

Dated: December 28, 2015